# COURT MINUTES/ORDER

## United States Magistrate Judge Detra Shaw-Wilder

**COURTROOM 203D**          Date: 7/20/2026          Time: 11:00 AM

Defendant: Zyaire Wilkins          J#: 78313-512    Case #: 0:26-MJ-6389-DSW

AUSA: **Vanessa Bonhomme**          Attorney: **Brian Kirlew (Temp)**

Violation: Conspiracy to Obtain Information by Computer for Private Financial Gain

Proceeding: Pretrial Detention / Removal          CJA Appt:

Bond/PTD Held: ○ Yes  ◉ No          Recommended Bond:

Bond Set at: $10,000 Cash Bond          Co-signed by:

☑ Surrender and/or do not obtain passports/travel docs

Language: English

☑ Report to PTS as **directed/**or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol/drugs

☐ Participate in mental health assessment & treatment

☑ Maintain or seek full-time education

☑ No contact with co-defendants

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☑ Electronic Monitoring – Stand alone -technology determined by PTS
_____      _____ , paid by      Defendant

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☑ Travel extended to:   SDFL, NDFL, WDWA

☑ Other:  See Bond

**Disposition:**

Joint Ore Tenus motion for Bond – Granted. The parties stipulate to $10,000 cash bond with special conditions. Defense Counsel's Ore Tenus motion to continue Removal and Report Re: Counsel hearing – Granted. Defendant shall be release once bond is posted.

**NEXT COURT APPEARANCE**   Date:          Time:          Judge:          Place:

**Report RE Counsel: 7/30/2026 at 11:00am FTL Duty**

PTD/Removal:

Prelim/Arraign or **Removal:   7/30/2026 at 11:00am FTL Duty**

Extradition hearing:

D.A.R.  11:09:18 / 11:47:49          Time in Court:   15 minutes

**CHECK IF APPLICABLE:** __For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..